UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SARA PHILLIPS, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )     4:14-cv-239<br>) |
| JAMES M. ANDERSON, MELISSA SQUIRES, SHANNON WILLHITE, TAMMY CESARONI, & INNOMED INC., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

The parties previously notified the Court that this case had been settled. ECF No. 14. The parties were given thirty days to present a stipulation of dismissal. ECF No. 15. Because thirty days have passed and the parties have failed to file such a stipulation, the Court **DISMISSES** the case with prejudice.

This ___ day of January 2015

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA